ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ALIMICAR FLORES-RAMIREZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 309-059 |
| ) | |
| WALT WELLS, Warden, ) | |
| ) | |
| Respondent. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's "Motion for Declaratory Judgment" is **DENIED** (doc. no. 13), the § 2241 petition is **DENIED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent Wells.

SO ORDERED this 8th day of February, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE